IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



JOHN ROBERT DEMOS,

    Plaintiff,

v.                                      Civil Action No. 3:19CV643

JEFFREY EPSTEIN, et al.,

    Defendants.

**MEMORANDUM OPINION**

John Robert Demos, a Washington state inmate, submitted this civil action and applied to proceed in forma pauperis. The pertinent statute provides:

> In no event shall a prisoner bring a civil action [in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Demos has scores of actions or appeals that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief could be granted. See Demos v. Keating, 33 F. App'x 918, 919-20 (10th Cir. 2002). Demos's current complaint does not demonstrate that he is in imminent danger of serious physical harm.

Accordingly, this Court will dismiss the action without prejudice to Demos's refiling of the action accompanied by the full $400.00 filing fee.

The Clerk of the Court is directed to send a copy of this Memorandum Opinion to Demos.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: October 1, 2019
Richmond, Virginia